UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

IN THE MATTER OF A SEARCH OF:
(1) ONE GRAY APPLE MACBOOK PRO LAPTOP, SERIAL NUMBER CPWJLK7KDTY3; (2) ONE GRAY APPLE MACBOOK AIR LAPTOP, SERIAL NUMBER C02N900XG6D5; (3) ONE GRAY APPLE IPAD, SERIAL NUMBER DLXH7Z6MDJ8T; (4) ONE BLACK APPLE IPHONE X; (5) ONE APPLE IPHONE 6, MODEL NUMBER A1549, IMEI NUMBER 354411063842612; (6) ONE APPLE MAC MINI, MODEL A1283, SERIAL NUMBER YM0081P39G5; (7) ONE GRAY APPLE IMAC, MODEL NUMBER A1225, SERIAL NUMBER QP9300WQ0TM; (8) ONE BLACK AND GRAY ULTRA EXTERNAL HARD DRIVE; (9) ONE BLACK WESTERN DIGITAL (WD) EXTERNAL HARD DRIVE, SERIAL NUMBER WCAWZ0891570; (10) ONE BLACK WESTERN DIGITAL EXTERNAL HARD DRIVE, SERIAL NUMBER WCAVY2086429; (11) ONE BLACK WESTERN DIGITAL EXTERNAL HARD DRIVE, SERIAL NUMBER W0A8J1962444; (12) ONE SABRENT EXTERNAL HARD DRIVE, SERIAL NUMBER 60375028908214; (13) ONE SEAGATE EXTERNAL HARD DRIVE, SERIAL NUMBER NA8JECKX; (14) ONE BLACK SEAGATE 160 GB EXTERNAL HARD DRIVE, SERIAL NUMBER 5JS3S1E0; AND (15) ONE BLACK SEAGATE 250 GB EXTERNAL HARD DRIVE, SERIAL NUMBER 5NF0T2HT.
- - - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

18-M-398

Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Megan E. Farrell, for an order partially unsealing the search warrant and underlying affidavit in the above-captioned matter.

WHEREFORE, it is ordered that the search warrant and underlying affidavit in the above-captioned matter be partially unsealed.

Dated:   Brooklyn, New York
         November 12      , 2019

*James Orenstein*
HONORABLE JAMES ORENSTEIN
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK